# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, <br><br> v. <br><br> **[1] MICHAEL SHANNON SIMS, and** <br> **[2] JUAN CARLOS REYNOSO,** <br><br> Defendants. | **CASE NO. 25-CR-00284 (RAM)** |

## JOINT STATUS REPORT

The United States of America and defendants [1] Michael Shannon Sims and [2] Juan Carlos Reynoso, pursuant to the Court's Order (ECF No. 70), hereby provide the following joint status report:

1. On August 7, 2025, the parties submitted to the Court a joint status report, pursuant to which the parties advised the Court that the parties were negotiating a protective order and coordinating the production of discovery. *See* ECF No. 39.

2. On August 21, 2025, the parties submitted to the Court a Joint Motion for a Protective Order (ECF No. 66), which the Court then granted on August 27, 2025. (ECF No. 67).

3. Following the issuance of a protective order, the government has provided to each defendant two sets of initial discovery, containing approximately 263 gigabytes of data and 1.5 million pages of records. The initial discovery provided to date consists primarily of:

    a. grand jury subpoena returns;

    b. materials obtained pursuant to Mutual Legal Assistance Treaties;

1

c.    material responsive to search warrants served upon electronic content providers;

d.    information provided by electronic communication providers pursuant to Court orders under 18 U.S.C. § 2703(d);

e.    witness interview memoranda and rough notes;

f.    copies of investigative materials from a parallel investigation conducted by the United States Department of Justice's Money Laundering and Asset Recovery Section into potential criminal violations by a cryptocurrency payment platform; and

g.    certifications of business records in accordance with Fed. R. Evid. 902(11).

4.    The government intends to produce additional discovery to each defendant in the next 21 days, including:

a.    cryptocurrency account transaction information;

b.    materials produced voluntarily by government witnesses;

c.    government agency records;

d.    materials produced by foreign law enforcement agencies;

e.    open-source materials;

f.    material responsive to search warrants served upon electronic content providers; and

g.    pen register and trap and trace device returns.

5.    Due to the volume of discovery, the defendants are requesting that the court schedule a status conference in no less than 90 days, during which time they each agree

to toll their speedy trial rights. The government has no objection to the defendants' request.

6. Because the parties are represented in part by attorneys located outside Puerto Rico, the parties also respectfully request that the Court allow participation in status conferences via video conference.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 30th day of September, 2025.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

LORINDA I. LARYEA
Acting Chief, Fraud Section
United States Department of Justice

By:     */s/ Ariel Glasner*

Jonathan Gottfried
Assistant United States Attorney
U.S. Attorney's Office for the District of Puerto Rico
Torre Chardón, Suite 1201
San Juan, PR 00918
(787) 282-1889
Jonathan.L.Gottfried@usdoj.gov

Ariel Glasner
Tamara Livshiz
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1400 N.Y. Ave. NW
Washington, DC 20530
(202) 598-2522 (Glasner)
(202) 674-5670 (Livshiz)

Ariel.Glasner@usdoj.gov
Tamara.Livshiz@usdoj.gov

**/s/ Roy J. Kahn**

Roy J. Kahn
Roy J. Kahn, P.A.
420 S. Dixie Highway, Suite 4B
Coral Gables, FL 33146
Tel: (305) 358-7400
Fax: (305) 358-7222
rjk@roykahnlaw.com


**/s/ Ana M. Davide**

Ana M. Davide
Ana M. Davide, P.A.
420 S. Dixie Highway, Suite 4B
Coral Gables, Florida 33146
(305)854-6100 / Fax (305)854-6197
ana@anadavidelaw.com

**/s/ Marissel Descalzo**

Marissel Descalzo
Descalzo Law, P.A.
One Biscayne Tower
2 S. Biscayne Blvd
Suite 2530
Miami, Florida 33131
md@DescalzoLaw.com

**/s/ David Tarras**

David Tarras
Law Office of David Tarras, PLLC
954-592-9416
1200 North Federal Highway, Suite 300
Boca Raton, FL 33432
David@TarrasDefense.com