UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CASE NO. 1:25-CR-284 (RAM)

UNITED STATES OF AMERICA,

v.

MICHAEL SHANNON SHIMS

　　Defendants.

　/

**NOTICE OF ABSENCE FROM JURISDICTION**

**TO THE HONORABLE COURT:**

　　**COMES NOW**, the undersigned attorney and very respectfully informs and prays as follows:

1. Due to a scheduled family vacation, the undersigned will be absent from this jurisdiction from February 16, 2026 to February 28, 2026.

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

　　**WHEREFORE,** it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after March 2, 2026 when the undersigned shall be available.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 4th day of February, 2026.

**I HEREBY CERTIFY** that on this 4th day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

/ Manuel San Juan
Manuel San Juan
USDC-PR Bar 204706
LAW OFFICES OF MANUEL SAN JUAN, PSC
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel. (787) 723-6637
Email: sanjuanm@microjuris.com